IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELDRED NICHOLSON,

      Plaintiff,                      No. CIV S-10-1425 KJM EFB P

      vs.

D. MEDINA, et al.,

      Defendants.                ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Defendants Medina and Shaw filed an ex parte application to extend time to file Medina's signed declaration in support of their motion for summary judgment.

      IT IS HEREBY ORDERED that defendants' October 7, 2011 request is granted, and Medina's declaration, signed, dated, and filed October 11, 2011, is deemed timely.

DATED: October 31, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE