IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELDRED NICHOLSON,

     Plaintiff,                    No. CIV S-10-1425 KJM EFB P

     vs.

D. MEDINA, et al.,

     Defendants.           <u>ORDER</u>

                             /

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file and serve a response to the motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

     Plaintiff's October 24, 2011 request is granted and plaintiff has 60 days from the date this order is served to file and serve a response to the motion for summary judgment.

     So ordered.

DATED: November 8, 2011.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE