IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELDRED NICHOLSON,

    Plaintiff,                      No. CIV S-10-1425 KJM EFB P

    vs.

D. MEDINA, et al.,

    Defendants.              ORDER

_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On October 7, 2011, defendants moved for summary judgment. Dckt. No. 30. On January 3, 2012, plaintiff opposed the motion, and on January 9, 2012, defendants filed a reply. Dckt. Nos. 38, 39, 41. Plaintiff now requests leave to file an "amended objection," to the motion for summary judgment, which the court construes as a request for leave to file an amended opposition brief. Dckt. Nos. 44, 45. Defendants oppose plaintiff's request on the grounds that a "surreply" is not an authorized filing, and because they will be prejudiced by not having the opportunity to reply to plaintiff's "amended objections." Dckt. No. 46.

////

////

////

1  The court hereby grants plaintiff's March 15, 2012 request (Dckt. No. 44), and will
2  consider plaintiff's amended opposition brief (Dckt. Nos. 44, 45) along with plaintiff's January
3  3, 2012 response (Dckt. Nos. 38, 39), in resolving defendants' motion for summary judgment.
4  No further "amendments" will be permitted.
5  Defendants may respond to plaintiff's amended opposition brief within 30 days from the
6  date of this order.
7  So ordered.
8  DATED: April 10, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE