IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELDRED NICHOLSON,

        Plaintiff,                No. 2:10-cv-1425 KJM EFB P

     vs.

D. MEDINA, et al.,

        Defendants.       <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On March 30, 2013, the court found that appointment of counsel for plaintiff was warranted for trial (Dckt. No. 64). L. David Russell has been selected to represent plaintiff and he has accepted the appointment.

        Accordingly, IT IS HEREBY ORDERED that:

        1. This matter is set for status and trial setting before the undersigned on May 30, 2013 at 2:30 p.m. in Courtroom #3.

        2. Appointed counsel shall notify Sujean Park at 916-930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

/////

/////

1        3. The Clerk of the Court is directed to serve a copy of this order upon L. David
2  Russell, Jenner & Block LLP, 400 Capitol Mall, 633 West 5th Street, Suite 3500, Los Angeles,
3  California 90071.
4  DATED: May 6, 2013.

                                            UNITED STATES DISTRICT JUDGE