Print Form

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Eldred Nicholson

        Plaintiff(s)

vs.

D. Medina

        Defendants.

No. 2:10-cv-01425 KJM (EFB)

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, L. David Russell, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on May 6, 2013, by the Honorable Kimberly J. Mueller, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

```
Taking deposition of D. Medina's testifying physicians and rebuttal expert.
Roundtrip airfare: Los Angeles to San Francisco / Sacramento to Los Angeles  $ 479.80
Parking: $ 60.00
Rental Car: ($ 104.27/day x 3 days) $ 312.81
Hotel in San Francisco: ($ 309.92/day x 2 days) $ 619.84
Hotel in Sacramento: ($224.87/day x 1 day) $ 224.87
Food: ($ 50/day x 3 days) $ 150.00
Total: $ 1847.32
```

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 2000.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:10-cv-01425 KJM (EFB)

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| 196.62 | Travel Expenses - Corcoran State Prison, Initial In-Person client meeting | 196.62 |
| 8000.00 | Expenses related to expert witness, Dr. John Fullerton | |
| 319.80 | Expenses related to travel for Mr. Nicholson final Pre-Trial Conference | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23 day of October, 20 13, at Los Angeles, California.

_____
Attorney for Plaintiff(s)

The above expenditure is __X__ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 10/24/13

_____
United States District Judge/Magistrate