UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRED NICHOLSON, | No. 2:10-cv-1425-KJM-EFB P |
|     Plaintiff, | |
| v. | |
| D. MEDINA, | **ORDER & WRIT OF HABEAS CORPUS** |
|     Defendant. | **AD TESTIFICANDUM** |

Eldred Nicholson, CDCR # D-79550, a necessary and material witness in a trial in this case beginning on December 9, 2013, is confined in California State Prison, Corcoran (COR), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before District Judge Kimberly J. Mueller at the U. S. District Court, 15th Floor, Courtroom #3, 501 I Street, Sacramento, California 95814, on Monday, December 9, 2013 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a trial at the time and place above, until completion of the trial or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk is directed to fax serve a copy of this writ on the Litigation Coordinator at Corcoran State Prison and the Transportation Desk at California State Prison – Sacramento.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Corcoran State Prison, P.O. Box 8800, Corcoran, California 93212:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Mueller at the time and place above, until completion of the trial or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: December 3, 2013.

_EDMUND F. BRENNAN_
UNITED STATES MAGISTRATE JUDGE