

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Eldred Nicholson

           Plaintiff(s)

vs.

D. Medina

           Defendants.

No. 2:10-cv-01425 KJM (EFB)

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

### REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, L. David Russell, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on May 6, 2013, by the Honorable Kimberly J. Mueller, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Additional expert witness fees. See "Expert Expenses Request" for detailed explanation of request, information not to be included in the docket.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 4,287.50.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: [ ]

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $ 205.00 | Travel to Corcoran State Prison for Initial in-person meeting with client. | $ 196.62 |
| $ 8,000 | Engagement of expert witness to draft report. | |
| $ 319.80 | Travel to attend Mr. Nicholson's Final Pretrial Conference. | $ 310.80 |
| $ 2,000 | Travel to attend depositions of D. Medina's testifying physicians. | $ 1,850.24 |
| $ 421.80 | Travel to attend Mr. Nicholson's Settlement Conference. | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this [21] day of [JANUARY], 20[14], at [LOS ANGELES], California.

[signature]

Attorney for Plaintiff(s)

The above expenditure is _____ Approved  X  Denied for failure to establish good cause for exceeding amount previously approved.
Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number _____.

Dated: 2/16/14

[signature]

United States District Judge/~~Magistrate~~